452 A.2d 1012

COMMONWEALTH of Pennsylvania

v.

Eugene MARSHALL, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1982.

Decided Dec. 10, 1982.

William Fitzpatrick (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Ronald Eisenberg, Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Judgment of sentence affirmed.

NIX, J., did not participate in the consideration or decision of this case.